# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shea, Edward F | United States District Court | 08/10/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Active Judge | ☐ Nomination,    Date <br> ☐ Initial    ☒ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 825 Jadwin Avenue, Ste. 190 <br> Richland, WA 99352 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer/Director | ████████ - Corporation |
| 2. Real Estate Tenancy in Common | ██████ (Building) |
| 3. 50% Shareholder | Shea Gourmet - Corporation + |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2007 JUL 23 A 11: 18
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 08/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | ▆▆▆▆▆▆▆ - salary |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 08/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of Whitman | Personal guarantees of loan to corporation - Shea Gourmet, Inc. | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Life Insurance | | None | K | | | | | | |
| 2. Northwestern Mutual Life Insurance | | None | K | | | | | | |
| 3. Northwestern Mutual Life Insurance | | None | K | | | | | | |
| 4. ▬▬▬▬▬▬▬ | D | Rent | | | Sale | 6/06 | M | G | Mr. and Mrs. Easterday ++ |
| 5. Merrill Lynch(cash equivalent) | A | Interest | J | T | | | | | |
| 6. Art | | None | K | W | | | | | |
| 7. Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 8. Charles Schwab Cash Account | A | Interest | K | T | | | | | |
| 9. Elan Corp PLC | | None | | | Sale | 1/23 | K | | |
| 10. Vanguard Health Care Fund | | None | K | T | Partial Sale | 4/25 | J | | |
| 11. Microsoft Corp. | | None | | | Sale | 2/23 | J | | |
| 12. DFA US Large Cap Value Portfolio (DFLVX) | | None | K | T | | | | | |
| 13. Meridian Value Fund | | None | K | T | Partial Sale | 4/25 | J | | |
| 14. DFA Micro Cap (DFSCX) | | None | K | T | | | | | |
| 15. DFA US 9-10 Small Co (DFSVX) | | None | L | T | | | | | |
| 16. Coins | | None | J | T | Partial Sale | 6/06 | J | A | |
| 17. Fishcreek Ltd | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VALIC (Comprised of #s18-29)* | | None | | | Exchange* | 6/13 | | | |
| 19. Franklin Balance Sheet Investments | | None | | | Exchange* | 6/13 | | | |
| 20. Credit Suisse Fixed-income Common shares | | None | | | Exchange* | 6/13 | | | |
| 21. Munder Fram Health A | | None | | | Exchange* | 6/13 | | | |
| 22. Oppenheimer Global Shares | | None | | | Exchange* | 6/13 | | | |
| 23. Valic Fixed-Interest Option | | None | | | Exchange* | 6/13 | | | |
| 24. American Funds American Balanced | | None | | | Exchange* | 6/13 | | | |
| 25. Dreyfus Small Cap Stk Index | | None | | | Exchange* | 6/13 | | | |
| 26. Dreyfus Premier Technology Growth | | None | | | Exchange* | 6/13 | | | |
| 27. Pioneer Mid Cap Value | | None | | | Exchange* | 6/13 | | | |
| 28. American Funds Growth Fund of America | | None | | | Exchange* | 6/13 | | | |
| 29. Dreyfus Midcap Index Fund | | None | | | Exchange* | 6/13 | | | |
| 30. DIVERSIFIED INVESTMENT ADVISORS (comprised of #30- | | None | M | T | Exchange** | 6/13 | | | |
| 31. Goldman Sacks Mid Cap Value Fund | | None | L | T | Exchange** | 6/13 | | | |
| 32. Goldman Sacks Mid Cap Value Fund | | None | K | T | Partial Exch | 8/23 | | | |
| 33. Vanguard 500 Admiral Fund | | None | K | T | Exchange** | 6/13 | | | |
| 34. Vanguard 500 Admiral Fund | | None | | T | Exchanged*** | 12/18 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Inst'l Index | | None | K | T | Exchange *** | 12/18 | | | |
| 36. American Growth Fund | | None | K | T | Exchange** | 6/13 | | | |
| 37. Mainstay Sm Cap Op A Fund | | None | J | T | Exchange** | 6/13 | | | |
| 38. Thornburg Int'l Value Fund | | None | K | T | Exchange** | 6/13 | | | |
| 39. Pimco Tot.Ret. Adm Cl. Fund | | None | J | T | Exchange** | 6/13 | | | |
| 40. Kadlec Blended Short Term Bond Fund | | None | K | T | Exchange** | 6/13 | | | |
| 41. Allainz NFJ Dividend Value A Fund | | None | L | T | Exchange** | 6/13 | | | |
| 42. Allainz NFJ Dividend Value A Fund | | None | K | T | Partial Exch | 8/23 | | | |
| 43. South Boston Savings Bank Life Ins | | None | J | T | | | | | |
| 44. Globix Corp | | None | J | T | | | | | |
| 45. Schwab Value Advantage Money Fund | | None | K | T | | | | | |
| 46. Plum Creek Timber | | None | | | Partial Sale | 1/5 | K | | |
| 47. Plum Creek Timber | | None | | | Sale | 4/28 | K | | |
| 48. GESA Credit Union | A | Interest | K | T | | | | | |
| 49. AVISTA Corp | | None | J | T | | | | | |
| 50. Agere System | | None | | | Sale | 1/27 | J | A | |
| 51. Cryptologic | | None | K | T | Buy | 1/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cryptologic | | | | | Buy | 1/23 | J | | |
| 53. Black Rock Strategic Dividend (BDT) | | None | | | Partial Sale | 1/27 | J | | |
| 54. Black Rock Strategic Dividend (BDT) | | | | | Sale | 4/24 | K | | |
| 55. Int'l GameTech (IGT) | | None | K | T | Buy | 1/23 | J | | |
| 56. Flextronics | | None | K | T | Sale | 4/28 | J | | |
| 57. TriConGlobal - YUM | | None | | | Sale | 1/4 | K | | |
| 58. Phillips Electric | | None | J | T | Buy | 4/24 | K | | |
| 59. Banco Bilabo | | None | J | T | Buy | 1/27 | J | | |
| 60. Bank of America | | None | | | Sale | 1/20 | K | | |
| 61. Macquarie | | None | | | Sale | 5/18 | K | | |
| 62. Pfizer | | None | | | Sale | 4/24 | K | | |
| 63. E-Bay | | None | K | T | Buy | 4/21 | J | | |
| 64. Siliconware (SPON) | | None | J | T | Buy | 1/5 | J | | |
| 65. Siliconware (SPON) | | | | | Buy | 4/20 | J | | |
| 66. ARRIS Group | | | J | T | Buy | 1/11 | J | | |
| 67. Fieldstone | | None | J | T | Buy | 1/11 | J | | |
| 68. Grey Wolf | | None | | | Buy | 1/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F | 08/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Grey Wolf | | | | | Sale | 2/23 | J | | |
| 70. Brown & Brown | | None | K | T | Buy | 3/29 | K | | |
| 71. Brown & Brown | | | | | Buy | 4/24 | K | | |
| 72. American Home Mtg | | None | K | T | Buy | 4/25 | K | | |
| 73. Driehaus Emerging Mkts | | None | K | T | Buy | 4/27 | K | | |
| 74. Microsoft | | None | K | T | Buy | 5/18 | K | | |
| 75. Qwest | | None | J | T | Buy | 6/7 | J | | |
| 76. Schwab Invest Money Fund | | None | J | T | Buy | 8/22 | J | | |
| 77. FICC | | None | J | T | Buy | 9/18 | J | | |
| 78. Royce Value Plus Fund | | None | J | T | Buy | 5/4 | J | | |
| 79. Wells Fargo Adv. Asia/Pac | | None | J | T | Buy | 5/4 | J | | |
| 80. US Global Invest. East. Europe | | None | J | T | Buy | 5/4 | J | | |
| 81. Shea Gourmet ^ | | None | | | Return | 5/06 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

+ In May of 2006, we orally relinquished our 50% ownership of share in Shea Gourmet, Inc. with a formally signing over of the shares of stock in January of 2007.

++ Two couples purchased the building, both couples are named are Mr. and Mrs. Easterday.

+++ Tenancy in Common interest of both tenants, ████████████ in the building located ████████████████, were sold to two couples, the Easterdays in June of 2006 on a real estate contract which calls for 60 monthly payments of principal and interest. So, there was rental income for the months before that sale and income in the form of contract payments thereafter.

* Section VII.; line 18; VALIC -- "Exchange*" as used in items 18-29 means items exchanged for Diversified Investment Advisor Plan.

**Section VII.; line 30; DIVERSIFIED INVESTMENT ADVISORS, lines 30-42 . These items were received from the exchange of the VALIC plan items in lines 18-29.

***Section VII; lines 34, and 35; These items were exchanged within the fund as the participant can exchange funds from one mutual fund for another mutual fund within that plan.

^ This entry was inadvertently omitted from Section VII in earlier reports.

## ▶K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▉▉▉▉▉▉▉▉▉▉▉▉▉▉  Date  7/13/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544